## William E. Dee Company, Appellant, v. Jacob J. Hubbard, Appellee.

### Gen. No. 22,754.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in this court at the October term, 1916. Reversed and judgment here. Opinion filed April 16, 1917.

### Statement of the Case.

Action by William E. Dee Company, a corporation, plaintiff, against Jacob J. Hubbard, defendant, to recover $424 for the construction of a dynamometer. From a judgment for defendant, plaintiff appeals.

JOHN M. QUINLAN, for appellant.

FRANK L. CHILDS and BERYL HOWARD CHILDS, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

PRINCIPAL AND AGENT, § 183*—*when evidence is sufficient to show ratification of contract by principal.* Evidence *held* sufficient to show that defendant authorized or ratified the contract sued on for the construction by plaintiff of a dynamometer which was made by a third person with plaintiff.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.